**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Reggie David SANCHEZ, Defendant–
Appellant.**

**No. 12–12514
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 11, 2013.

Wifredo A. Ferrer, Karen E. Moore, Amanda Perwin, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Manuel Vazquez, Manuel Vazquez, PA, Coral Gables, FL, Reggie David Sanchez, FCI Fort Worth–Inmate Legal Mail, Fort Worth, TX, for Defendant–Appellant.

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Manuel Vazquez, appointed counsel for Reggie David Sanchez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sanchez's convictions and sentences are **AFFIRMED.**